IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**HUBERT T. SPRAYBERRY**,

    Plaintiff,

v.

**MARTY ALLEN, et al.**,

    Defendants.

Civil Action No. 7:14-CV-28 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 13). Judge Langstaff recommends the dismissal of Defendant Marty Allen as a party to this lawsuit. Plaintiff filed no objection to the Recommendation.

The Court reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. Marty Allen is dismissed as a defendant. The case will continue against Defendants Brown, Schnake, and Westlake.

**SO ORDERED**, this 16th day of April, 2014.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

aks